1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

9

10

WIZARDS OF THE COAST LLC,

Civil Action No.

11

Plaintiff,

COMPLAINT FOR COPYRIGHT, PATENT AND TRADE DRESS INFRINGEMENT

12

v.

13

14

CRYPTOZOIC ENTERTAINMENT, LLC, and HEX ENTERTAINMENT, LLC,

15

Defendants.

JURY TRIAL REQUESTED

16

17

18

19

20

21

22

23

24

**ATTACHMENT 1**

25

26

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

| Title | Copyright Registration | Copyright Application | Year |
|---|---|---|---|
| Magic Online Beta | | Case #1-1328269213 Opened: 3/31/2014 | 2014 |
| Magic Online v3 | | Case #1-1328269167 Opened: 3/31/2014 | 2014 |
| Magic: The Gathering - Modern Masters. | VA0001898346 | | 2013 |
| Magic: The Gathering - Gatecrash. | VA0001880236 | | 2013 |
| Magic 2014 Duels of the Planeswalkers - Base Code | | Case #1-961580472 Opened: 7/15/2013 | 2013 |
| Magic 2014 Duels of the Planeswalkers - Android Code | | Case #1-964413026 Opened: 7/15/2013 | 2013 |
| Magic 2014 Duels of the Planeswalkers - iOS Code | | Case #1-964413096 Opened: 7/15/2013 | 2013 |
| Magic 2014 Duels of the Planeswalkers - XBLA Code | | Case #1-964413151 Opened: 7/15/2013 | 2013 |
| Magic 2014 Duels of the Planeswalkers - PC Code | | Case #1-964413176 Opened: 7/15/2013 | 2013 |
| Magic 2014 Duels of the Planeswalkers - PS3 Code | | Case #1-964413201 Opened: 7/15/2013 | 2013 |
| Magic: The Gathering 2013 Core Set. | VA0001868160 | | 2012 |
| Magic: The Gathering: Dark Ascension. | VA0001844682 | | 2012 |
| Magic: The Gathering: Innistrad. | VA0001860999 | | 2011 |
| Magic: The Gathering 2012 Core Set. | VA0001793201 | | 2011 |
| Magic: The Gathering: New Phyrexia. | VA0001786269 | | 2011 |
| Duels of the Planeswalkers 2012 | | Case #1-1331047929 Opened: 4/1/2014 | 2011 |
| Magic: The Gathering: Scars of Mirrodin. | VA0001748446 | | 2010 |
| Magic: The Gathering 2011 Core Set. | VA0001735877 | | 2010 |
| Magic: The Gathering: Rise of the Eldrazi. | VA0001727282 | | 2010 |
| Magic: The Gathering: Worldwake. | VA0001717649 | | 2010 |
| Magic: The Gathering. | VA0001707495 | | 2009 |
| Magic: The Gathering 2010 Core Set. | VA0001695354 | | 2009 |

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| Title | Copyright Registration | Copyright Application | Year |
|---|---|---|---|
| Magic: The Gathering - Duel Decks - Divine vs. Demonic. | VA0001687486 | | 2009 |
| Magic: The Gathering: Alara Reborn. | VA0001669695 | | 2009 |
| Magic: The Gathering: Conflux. | VA0001659630 | | 2009 |
| Duels of the Planeswalkers | | Case #1-1331047612 Opened: 4/1/2014 | 2009 |
| Magic: The Gathering - Shadowmoor. | VA0001732889 | | 2008 |
| Magic: The Gathering: Eventide. | VA0001659637 | | 2008 |
| Magic: The Gathering: Shards of Alara. | VA0001659632 | | 2008 |
| Magic: The Gathering - Morningtide. | VA0001653022 | | 2008 |
| EN MTG Lorwyn Regular Cards. | VA0001630626 | | 2007 |
| Magic: The Gathering - TENTH EDITION. | VA0001622983 | | 2007 |
| Magic: the gathering--planar chaos. | VA0001417763 | | 2007 |
| Magic : the gathering, future sight. | VA0001406831 | | 2007 |
| Magic, the gathering-time spiral. | VA0001389663 | | 2006 |
| Magic, the gathering--coldsnap. | VA0001370229 | | 2006 |
| Magic, the Gathering dissension. | VA0001360172 | | 2006 |
| Magic, the gathering : guildpact release. | VA0001349319 | | 2006 |
| Magic : the gathering comprehensive rules. | TX0006456672 | | 2006 |
| Magic : the gathering DCI floor rules. | TX0006456671 | | 2006 |
| Magic, The Gathering ninth edition. | VA0001360182 | | 2005 |
| Magic, The Gathering : deckmaster | VA0001330944 | | 2005 |
| Saviors of Kamigawa release | VA0001326611 | | 2005 |
| Magic, the gathering : Betrayers of Kamigawa release. | VA0001296726 | | 2005 |

COMPLAINT-3
Civil Action No.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | | |
|---|---|---|---|
| Magic : the Gathering rulebook. | TX0006458941 | | 2005 |
| Darksteel release. | VAu000605568 | | 2004 |
| Magic, The Gathering fifth dawn. | VA0001360181 | | 2004 |
| Magic, the Gathering : Unhinged release. | VA0001289901 | | 2004 |
| Magic : The Gathering. | VA0001281348 | | 2004 |
| Magic : the Gathering comprehensive rules. | TX0005974974 | | 2004 |
| Scourge release. | VA0001246055 | | 2003 |
| Legion's release. | VA0001246053 | | 2003 |
| Magic. The Gathering | VA0001246053 | | 2003 |
| Magic : the Gathering comprehensive rules. | TX0005974975 | | 2003 |
| Onslaught release. | VA0001246054 | | 2002 |
| Complete Encyclopedia of Magic, the Gathering / Beth Moursund, Cory J. Herndon, Brian Tinsman ... [et al.]. | VA0001169775 | | 2002 |
| Magic the gathering (card game) | TXu001120300 | | 2002 |
| Magic, The Gathering. | VA0001111918 | | 2001 |
| Apocalypse checklist. | VA0001100925 | | 2001 |
| Magic, The Gathering. | VA0001099267 | | 2001 |
| Magic--the Gathering. | VA0001078771 | | 2001 |
| Magic the gathering prophecy. | VA0001059260 | | 2000 |
| [Portal--3 kingdoms] | VA0000999461 | | 1999 |
| Portal--three kingdoms. | VA0000999460 | | 1999 |
| Magic the gathering : deckmaster. | VA0000996639 | | 1999 |
| Magic the Gathering, deckmaster. | VA0000709155 | | 1999 |
| Magic The Gathering | TX0006256947 | | 1999 |
| Magic : the Gathering comprehensive rules. | TX0005974973 | | 1999 |
| Anthologies. | VA0000969183 | | 1998 |
| Magic the Gathering : unglued. | VA0000969056 | | 1998 |
| Magic the Gathering : portal second age. | VA0000969055 | | 1998 |

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | | |
|---|---|---|---|
| Rath cycle. | VA0000960355 | | 1998 |
| Magic the Gathering : 1999 calendar--Urza's Saga. | VA0000949687 | | 1998 |
| Magic the Gathering poker decks. | VA0000940455 | | 1998 |
| Magic the Gathering--Exodus. | VA0000937940 | | 1998 |
| Magic the Gathering--Stronghold. | VA0000937939 | | 1998 |
| MTG--Portal (Chinese) | VA0000931765 | | 1998 |
| MTG--Tempest (German) | VA0000931764 | | 1998 |
| Magic the Gathering, deckmaster. / illus. Jason Alexander Behnke, Colin MacNeil, Robert Bliss ... [et al.] | VA0000930539 | | 1998 |
| Magic the Gathering--Tempest. | VA0000929289 | | 1998 |
| Art of magic, a fantasy of world building and the art of the Rath Cycle / introd. by Richard Garfield ; text by Anthony Waters & edited by Lizz Baldwin. | VA0000926678 | | 1998 |
| Magic the gathering the official guide to Urza's saga : cards, strategies, & techniques / Will McDermott ; foreword by Mike Elliott. | VA0000852172 | | 1998 |
| Magic the gathering 98. | VA0000850037 | | 1998 |
| MTG--Magic (Portuguese) | VA0000931767 | | 1997 |
| MTG--Mirage (German) | VA0000931763 | | 1997 |
| MTG--Tempest (Spanish) | VA0000931762 | | 1997 |
| Magic--the Gathering. | VA0000919286 | | 1997 |
| Magic : The Gathering. | VA0000884812 | | 1997 |
| Magic the Gathering--deckmaster. | VA0000884753 | | 1997 |
| Magic, the Gathering--deckmaster. | VA0000884751 | | 1997 |
| Magic the gathering / ill. Douglas Shuler, Dan Frazier, Anson Maddocks ... [et al.] | VA0000883303 | | 1997 |
| Magic : The Gathering--Portal. | VA0000882529 | | 1997 |
| Weatherlight : Portuguese. | VA0000876647 | | 1997 |
| Weatherlight : French. | VA0000876637 | | 1997 |

COMPLAINT-5
Civil Action No.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | | |
|---|---|---|---|
| Magic--the Gathering. | VA0000875747 | | 1997 |
| Magic--the Gathering. | VA0000875746 | | 1997 |
| Magic--the Gathering. | VA0000875745 | | 1997 |
| Magic the Gathering--visions / illus. Terese Nielsen, Roger Raupp, Christopher Rush ... [et al.] | VA0000849971 | | 1997 |
| Magic, the gathering : Japanese language. | VA0000832528 | | 1997 |
| Magic, the Gathering, weatherlight--Spanish. | VA0000718224 | | 1997 |
| Mirage. | VA0000944220 | | 1996 |
| Magic--the Gathering. | VA0000919285 | | 1996 |
| Magic, the Gathering : deckmaster / illus. Heather Hudson, Susan VanCamp, Christopher Rush ... [et al.] | VA0000886704 | | 1996 |
| Magic : The Gathering. | VA0000884811 | | 1996 |
| Magic, the Gathering : Italian language Ice Age / illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | VA0000838087 | | 1996 |
| Magic, the Gathering : Italian language Ice Age / illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | VA0000838076 | | 1996 |
| Magic, The Gathering. | VA0000833297 | | 1996 |
| Magic : the Gathering. | VA0000830465 | | 1996 |
| JP chronicles/black. | VA0000828490 | | 1996 |
| Magic, The Gathering, Alliances. | VA0000819513 | | 1996 |
| Magic, the gathering. | VA0000817024 | | 1996 |
| Magic : the Gathering : trading card game. | VA0000815844 | | 1996 |
| Magic the Gathering, calendar 1997 / cover ill. by Richard Kane Ferguson, spot ill. by Pete Venters, Christopher Rush ... [et al.] | VA0000811179 | | 1996 |
| Magic--the Gathering. | VA0000754820 | | 1996 |
| [Magic, The Gathering--Homelands--Italian] | VA0000824801 | | 1995 |
| Magic The Gathering. | VA0000754784 | | 1995 |
| Magic The Gathering. | VA0000754783 | | 1995 |

COMPLAINT-6
Civil Action No.

WZRD-6-1001 P01 CMP-Attachment 1 (5 13 14 Final and Approved)

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | | |
|---|---|---|---|
| Magic the Gathering renaissance. | VA0000750717 | | 1995 |
| Magic the gathering, deckmaster / illus. Dennis Detwiller, Tom Wanerstrand, Anson Maddocks ... [et al.] | VA0000750637 | | 1995 |
| [Magic the gathering] / illus. Mark Tedin, Richard Thomas, Harold McNeill ... [et al.] | VA0000750636 | | 1995 |
| Magic, the Gathering. | VA0000742908 | | 1995 |
| Magic, the Gathering. | VA0000742907 | | 1995 |
| Magic, the gathering. | VA0000742895 | | 1995 |
| Magic, the gathering. | VA0000742894 | | 1995 |
| Magic, the gathering. | VA0000742893 | | 1995 |
| Magic the Gathering : Deckmaster / ill. Pat Morrissey, Margaret Organ-Kean, Amy Weber ... [et al.] | VA0000735721 | | 1995 |
| Magic the Gathering : Deckmaster / ill. Daniel Gelon, Mark Tedin, Susan VanCamp ... [et al.] | VA0000735720 | | 1995 |
| Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | VA0000733115 | | 1995 |
| Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | VA0000733114 | | 1995 |
| Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | VA0000733113 | | 1995 |
| Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | VA0000733112 | | 1995 |
| Magic the Gathering. | VA0000733099 | | 1995 |
| Magic--the Gathering. | VA0000683010 | | 1995 |
| Magic--the Gathering. | VA0000597410 | | 1995 |
| Magic, the Gathering--Deckmaster. | VA0000711530 | | 1994 |
| Magic the Gathering. | VA0000672444 | | 1994 |
| Magic, the Gathering. | VA0000597276 | | 1994 |

COMPLAINT-7
Civil Action No.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

| | | | |
|---|---|---|---|
| Magic, the Gathering. | VA0000596263 | | 1994 |
| Magic--The Gathering / ill., Drew Tucker, Kristen Bishop, Douglas Shuler ... [et al.] | VA0000596667 | | 1993 |
| Magic--the Gathering. | VA0000596507 | | 1993 |
| Magic: The Gathering Tournament Rules | | Case #1-1328269015 Opened: 3/31/14 | 2014 |
| Magic: The Gathering Comprehensive Rules | | Case #1-1328268969 Opened: 3/31/14 | 2014 |
| Magic: The Gathering Basic Rulebook | | Case #1-1328268892 Opened: 3/31/14 | 2014 |
| Magic: The Gathering - Born of the Gods | | Case #1-1328367345 Opened: 3/31/14 | 2014 |
| Magic: The Gathering - Duel Decks: Heroes vs Monsters | | Case #1-1399867405 Opened: 4/30/14 | 2013 |
| Magic: The Gathering - Duel Decks: Sorin vs Tibalt | | Case #1-1399867329 Opened: 4/30/14 | 2013 |
| Magic: The Gathering - Theros | | Case #1-1007177882 Opened: 10/16/13 | 2013 |
| Magic: The Gathering 2014 Core Set | | Case #1-1007177943 Opened: 10/16/13 | 2013 |
| Magic: The Gathering - Dragon's Maze | | Case #1-1399867232 Opened: 4/30/14 | 2013 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

COMPLAINT-8
Civil Action No.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301