| TO: | |
|---|---|
| **Register of Copyrights**<br>**Copyright Office**<br>**Library of Congress**<br>**Washington, D.C. 20559** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

   In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | COURT NAME AND LOCATION |
|---|---|
| _X_ ACTION   ____ APPEAL<br>DOCKET NO.           DATE FILED<br>2:14-cv-00719JLR   5/14/2014 | Western District of Washington – Seattle |

| PLAINTIFF | DEFENDANTS |
|---|---|
| Wizards of the Coast LLC | Cryptozoic Entertainment, LLC<br>Hex Entertainment, LLC |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| VA0001898346 | Magic: The Gathering - Modern Masters. | Wizards of the Coast, LLC |
| VA0001880236 | Magic: The Gathering - Gatecrash. | Wizards of the Coast, LLC |
| VA0001868160 | Magic: The Gathering 2013 Core Set. | Wizards of the Coast, LLC |
| VA0001844682 | Magic: The Gathering: Dark Ascension. | Wizards of the Coast, LLC |
| VA0001860999 | Magic: The Gathering: Innistrad. | Wizards of the Coast, LLC |
| VA0001793201 | Magic: The Gathering 2012 Core Set. | Wizards of the Coast, LLC |
| VA0001786269 | Magic: The Gathering: New Phyrexia. | Wizards of the Coast, LLC |
| VA0001748446 | Magic: The Gathering: Scars of Mirrodin. | Wizards of the Coast, LLC |
| VA0001735877 | Magic: The Gathering 2011 Core Set. | Wizards of the Coast, LLC |
| VA0001727282 | Magic: The Gathering: Rise of the Eldrazi. | Wizards of the Coast, LLC |
| VA0001717649 | Magic: The Gathering: Worldwake. | Wizards of the Coast, LLC |
| VA0001707495 | Magic: The Gathering. | Wizards of the Coast, LLC |
| VA0001695354 | Magic: The Gathering 2010 Core Set. | Wizards of the Coast, LLC |
| VA0001687486 | Magic: The Gathering - Duel Decks - Divine vs. Demonic. | Wizards of the Coast, LLC |
| VA0001669695 | Magic: The Gathering: Alara Reborn. | Wizards of the Coast, LLC |
| VA0001659630 | Magic: The Gathering: Conflux. | Wizards of the Coast, LLC |
| VA0001732889 | Magic: The Gathering - Shadowmoor. | Wizards of the Coast, Inc. |
| VA0001659637 | Magic: The Gathering: Eventide. | Wizards of the Coast, Inc. |
| VA0001659632 | Magic: The Gathering: Shards of Alara. | Wizards of the Coast, Inc. |
| VA0001653022 | Magic: The Gathering - Morningtide. | Wizards of the Coast, Inc. |
| VA0001630626 | EN MTG Lorwyn Regular Cards. | Wizards of the Coast, Inc. |

| | | |
|---|---|---|
| VA0001622983 | Magic: The Gathering - TENTH EDITION. | Wizards of the Coast, Inc. |
| VA0001417763 | Magic: the gathering--planar chaos. | Wizards of the Coast, Inc. |
| VA0001406831 | Magic : the gathering, future sight. | Wizards of the Coast, Inc. |
| VA0001389663 | Magic, the gathering-time spiral. | Wizards of the Coast, Inc. |
| VA0001370229 | Magic, the gathering--coldsnap. | Wizards of the Coast, Inc. |
| VA0001360172 | Magic, the Gathering dissension. | Wizards of the Coast, Inc. |
| VA0001349319 | Magic, the gathering : guildpact release. | Wizards of the Coast, Inc. |
| TX0006456672 | Magic : the gathering comprehensive rules. | Wizards of the Coast, Inc. |
| TX0006456671 | Magic : the gathering DCI floor rules. | Wizards of the Coast, Inc. |
| VA0001360182 | Magic, The Gathering ninth edition. | Wizard of the Coast, Inc. |
| VA0001330944 | Magic, The Gathering : deckmaster | Wizards of the Coast, Inc. |
| VA0001326611 | Saviors of Kamigawa release | Wizards of the Coast, Inc. |
| VA0001296726 | Magic, the gathering : Betrayers of Kamigawa release. | Wizards of the Coast, Inc. |
| TX0006458941 | Magic : the Gathering rulebook. | Wizards of the Coast, Inc. |
| VAu000605568 | Darksteel release. | Wizards of the Coast, Inc. |
| VA0001360181 | Magic, The Gathering fifth dawn. | Wizard of the Coast, Inc. |
| VA0001289901 | Magic, the Gathering : Unhinged release. | Wizards of the Coast, Inc. |
| VA0001281348 | Magic : The Gathering. | Wizards of the Coast, Inc. |
| TX0005974974 | Magic : the Gathering comprehensive rules. | Wizards of the Coast, Inc. |
| VA0001246055 | Scourge release. | Wizards of the Coast, Inc. |
| VA0001246053 | Legion's release. | Wizards of the Coast, Inc. |
| VA0001246053 | Magic. The Gathering | Wizards of the Coast, Inc. |
| TX0005974975 | Magic : the Gathering comprehensive rules. | Wizards of the Coast, Inc. |
| VA0001246054 | Onslaught release. | Wizards of the Coast, Inc. |
| VA0001169775 | Complete Encyclopedia of Magic, the Gathering / Beth Moursund, Cory J. Herndon, Brian Tinsman ... [et al.]. | Wizards of the Coast |
| TXu001120300 | Magic the gathering (card game) | Andrew Gomez, 1986- |
| VA0001111918 | Magic, The Gathering. | Wizards of the Coast, Inc. |
| VA0001100925 | Apocalypse checklist. | Wizards of the Coast, Inc. |
| VA0001099267 | Magic, The Gathering. | Wizards of the Coast, Inc. |
| VA0001078771 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0001059260 | Magic the gathering prophecy. | Wizards of the Coast, Inc. |
| VA0000999461 | [Portal--3 kingdoms] | Wizards of the Coast, Inc. |
| VA0000999460 | Portal--three kingdoms. | Wizards of the Coast, Inc. |
| VA0000996639 | Magic the gathering : deckmaster. | Wizards of the Coast, Inc. |
| VA0000709155 | Magic the Gathering, deckmaster. | Wizards of the Coast, Inc. |
| TX0006256947 | Magic The Gathering | Wizard of the Coast, Inc. |
| TX0005974973 | Magic : the Gathering comprehensive rules. | Wizards of the Coast, Inc. |
| VA0000969183 | Anthologies. | Wizards of the Coast, Inc. |
| VA0000969056 | Magic the Gathering : unglued. | Wizards of the Coast, Inc. |

| | | |
|---|---|---|
| VA0000969055 | Magic the Gathering : portal second age. | Wizards of the Coast, Inc. |
| VA0000960355 | Rath cycle. | Wizards of the Coast, Inc. |
| VA0000949687 | Magic the Gathering : 1999 calendar--Urza's Saga. | Wizards of the Coast, Inc. |
| VA0000940455 | Magic the Gathering poker decks. | Wizards of the Coast, Inc. |
| VA0000937940 | Magic the Gathering--Exodus. | Wizards of the Coast, Inc. |
| VA0000937939 | Magic the Gathering--Stronghold. | Wizards of the Coast, Inc. |
| VA0000931765 | MTG--Portal (Chinese) | Wizards of the Coast, Inc. |
| VA0000931764 | MTG--Tempest (German) | Wizards of the Coast, Inc. |
| VA0000930539 | Magic the Gathering, deckmaster. / illus. Jason Alexander Behnke, Colin MacNeil, Robert Bliss ... [et al.] | Wizards of the Coast, Inc. |
| VA0000929289 | Magic the Gathering--Tempest. | Wizards of the Coast, Inc. |
| VA0000926678 | Art of magic, a fantasy of world building and the art of the Rath Cycle / introd. by Richard Garfield ; text by Anthony Waters & edited by Lizz Baldwin. | Wizards of the Coast |
| VA0000852172 | Magic the gathering the official guide to Urza's saga : cards, strategies, & techniques / Will McDermott ; foreword by Mike Elliott. | Wizards of the Coast |
| VA0000850037 | Magic the gathering 98. | Wizards of the Coast, Inc. |
| VA0000931767 | MTG--Magic (Portuguese) | Wizards of the Coast, Inc. |
| VA0000931763 | MTG--Mirage (German) | Wizards of the Coast, Inc. |
| VA0000931762 | MTG--Tempest (Spanish) | Wizards of the Coast, Inc. |
| VA0000919286 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000884812 | Magic : The Gathering. | Wizards of the Coast, Inc. |
| VA0000884753 | Magic the Gathering--deckmaster. | Wizards of the Coast, Inc. |
| VA0000884751 | Magic, the Gathering--deckmaster. | Wizards of the Coast, Inc. |
| VA0000883303 | Magic the gathering / ill. Douglas Shuler, Dan Frazier, Anson Maddocks ... [et al.] | Wizards of the Coast, Inc. |
| VA0000882529 | Magic : The Gathering--Portal. | Wizards of the Coast, Inc. |
| VA0000876647 | Weatherlight : Portuguese. | Wizards of the Coast, Inc. |
| VA0000876637 | Weatherlight : French. | Wizards of the Coast, Inc. |
| VA0000875747 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000875746 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000875745 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000849971 | Magic the Gathering--visions / illus. Terese Nielsen, Roger Raupp, Christopher Rush ... [et al.] | Wizards of the Coast, Inc. |
| VA0000832528 | Magic, the gathering : Japanese language. | Wizards of the Coast, Inc. |
| VA0000718224 | Magic, the Gathering, weatherlight--Spanish. | Wizards of the Coast, Inc. |
| VA0000944220 | Mirage. | Wizards of the Coast, Inc. |
| VA0000919285 | Magic--the Gathering. | Wizards of the Coast, Inc. |

| VA0000886704 | Magic, the Gathering : deckmaster / illus. Heather Hudson, Susan VanCamp, Christopher Rush ... [et al.] | Wizards of the Coast, Inc. |
| --- | --- | --- |
| VA0000884811 | Magic : The Gathering. | Wizards of the Coast, Inc. |
| VA0000838087 | Magic, the Gathering : Italian language Ice Age / illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | Wizards of the Coast, Inc. |
| VA0000838076 | Magic, the Gathering : Italian language Ice Age / illus. Drew Tucker, Amy Weber, Rick Emond ... [et al.] | Wizards of the Coast, Inc. |
| VA0000833297 | Magic, The Gathering. | Wizards of the Coast, Inc. |
| VA0000830465 | Magic : the Gathering. | Wizards of the Coast, Inc. |
| VA0000828490 | JP chronicles/black. | Wizards of the Coast, Inc. |
| VA0000819513 | Magic, The Gathering, Alliances. | Wizards of the Coast, Inc. |
| VA0000817024 | Magic, the gathering. | Wizards of the Coast, Inc. |
| VA0000815844 | Magic : the Gathering : trading card game. | Wizards of the Coast, Inc. |
| VA0000811179 | Magic the Gathering, calendar 1997 / cover ill. by Richard Kane Ferguson, spot ill. by Pete Venters, Christopher Rush ... [et al.] | Wizards of the Coast, Inc. |
| VA0000754820 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000824801 | [Magic, The Gathering--Homelands--Italian] | Wizards of the Coast, Inc. |
| VA0000754784 | Magic The Gathering. | Wizards of the Coast, Inc. |
| VA0000754783 | Magic The Gathering. | Wizards of the Coast, Inc. |
| VA0000750717 | Magic the Gathering renaissance. | Wizards of the Coast, Inc. |
| VA0000750637 | Magic the gathering, deckmaster / illus. Dennis Detwiller, Tom Wanerstrand, Anson Maddocks ... [et al.] | Wizards of the Coast, Inc. |
| VA0000750636 | [Magic the gathering] / illus. Mark Tedin, Richard Thomas, Harold McNeill ... [et al.] | Wizards of the Coast, Inc. |
| VA0000742908 | Magic, the Gathering. | Wizards of the Coast, Inc. |
| VA0000742907 | Magic, the Gathering. | Wizards of the Coast, Inc. |
| VA0000742895 | Magic, the gathering. | Wizards of the Coast, Inc. |
| VA0000742894 | Magic, the gathering. | Wizards of the Coast, Inc. |
| VA0000742893 | Magic, the gathering. | Wizards of the Coast, Inc. |
| VA0000735721 | Magic the Gathering : Deckmaster / ill. Pat Morrissey, Margaret Organ-Kean, Amy Weber ... [et al.] | Wizards of the Coast, Inc. |
| VA0000735720 | Magic the Gathering : Deckmaster / ill. Daniel Gelon, Mark Tedin, Susan VanCamp ... [et al.] | Wizards of the Coast, Inc. |
| VA0000733115 | Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | Wizards of the Coast, Inc. |
| VA0000733114 | Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Douglas Shuler ... [et al.] | Wizards of the Coast, Inc. |

| VA0000733113 | Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | Wizards of the Coast, Inc. |
| --- | --- | --- |
| VA0000733112 | Magic--the Gathering / ill. by Mark Tedin, Christopher Rush, Mike Kimble ... [et al.] | Wizards of the Coast, Inc. |
| VA0000733099 | Magic the Gathering. | Wizards of the Coast, Inc. |
| VA0000683010 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000597410 | Magic--the Gathering. | Wizards of the Coast, Inc. |
| VA0000711530 | Magic, the Gathering--Deckmaster. | Wizards of the Coast, Inc. |
| VA0000672444 | Magic the Gathering. | Wizards of the Coast, Inc. |
| VA0000597276 | Magic, the Gathering. | Wizards of the Coast, Inc. |
| VA0000596263 | Magic, the Gathering. | Wizards of the Coast, Inc. |
| VA0000596667 | Magic--The Gathering / ill., Drew Tucker, Kristen Bishop, Douglas Shuler ... [et al.] | Wizards of the Coast, Inc. |
| VA0000596507 | Magic--the Gathering. | Wizards of the Coast, Inc. |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ___Amendment    ___ Answer    ___Cross Bill    ___Other Pleading | |
| --- | --- | --- |
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
| | | |
| | | |
| | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED ___Order    ___Judgment | WRITTEN OPINION ATTACHED ___Yes    ___No | DATE RENDERED |
| --- | --- | --- |
| CLERK William M. McCool | (BY) DEPUTY CLERK Paula McNabb | DATE 5/15/2014 |

**DISTRIBUTION:**

1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights

4) In the event of an appeal, forward copy to Appellate Court    5) Case File Copy