UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST LLC, | Civil Action No. 2:14-cv-00719 |
| Plaintiff, | CORPORATE DISCLOSURE STATEMENT |
| v. | |
| CRYPTOZOIC ENTERTAINMENT, LLC, and HEX ENTERTAINMENT, LLC, | |
| Defendants. | JURY TRIAL REQUESTED |

The nongovernmental corporate party, Wizards of the Coast LLC, in the above listed civil action is a wholly owned subsidiary of Hasbro, Inc., a corporation whose shares are traded publicly on the Nasdaq Stock Exchange. Hasbro, Inc. is incorporated in the state of Rhode Island and has, as its principal place of business, 1027 Newport Avenue, Pawtucket, Rhode Island.

LOWE GRAHAM JONES PLLC

701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

RESPECTFULLY SUBMITTED this 22nd day of May, 2014.


s/ Mark L. Lorbiecki, WSBA No. 16796
Lorbiecki@LoweGrahamJones.com

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301

Attorneys for Wizards of the Coast LLC