# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST LLC.<br><br>Plaintiff,<br><br>vs.<br><br>CRYPTOZOIC ENTERTAINMENT, LLC., and HEX ENTERTAINMENT, LLC.<br><br>Defendant. | CASE No. 2:14-CV-00719-JLR<br><br>DEFENDANT CRYPTOZOIC ENTERTAINMENT, LLC CORPORATE DISCLOSURE STATEMENT |

### DEFENDANT CRYPTOZOIC ENTERTAINMENT LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Cryptozoic Entertainment, LLC herein submits its Corporate Disclosure Statement.

Cryptozoic Entertainment LLC is a California limited liability company (a private non-governmental party) and certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock. The members of Cryptozoic Entertainment, LLC are as follows: Mr. Cory Jones, Mr. John Nee, Mr. John Sepenuk, and Mr. Scott Gaeta.

DEFENDANT CRYPTOZOIC ENTERTAINMENT,
LLC CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED this 15th day of July 2014 | DORSEY & WHITNEY LLP |
| 3 | | |
| 4 | | *By: s/ Paul T. Meiklejohn* |
| | | Paul T. Meiklejohn |
| 5 | | meiklejohn.paul@dorsey.com |
| | | Lukas Dudkowski |
| 6 | | Dudkowski.lukas@dorsey.com |
| | | Dorsey & Whitney LLP |
| 7 | | 701 Fifth Avenue, Suite 6100 |
| 8 | | Seattle, WA 98104 |
| | | Phone: (206) 903 8800 |
| 9 | | Fax: (206) 903 8820 |
| 10 | | ATTORNEYS FOR DEFENDANTS |
| | | CRYPTOZOIC ENTERTAINMENT, LLC |
| 11 | | AND HEX ENTERTAINMENT, LLC |

DEFENDANT CRYPTOZOIC ENTERTAINMENT,
LLC CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

2

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, July 15th, 2014, a true and correct copy of the foregoing Rule 7.1 Disclosure on behalf of Defendant Cryptozoic Entertainment, LLC was electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve a Notice of Filing on all counsel of record.

By: *s/ Paul T. Meiklejohn* _____

DEFENDANT CRYPTOZOIC ENTERTAINMENT,
LLC CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

3