THE HONORABLE JAMES L. ROBART

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST LLC. <br><br> Plaintiff, <br><br> vs. <br><br> CRYPTOZOIC ENTERTAINMENT, LLC., and HEX ENTERTAINMENT, LLC. <br><br> Defendant. | CASE No. 2:14-CV-00719-JLR <br><br> DEFENDANT HEX ENTERTAINMENT LLC CORPORATE DISCLOSURE STATEMENT |

## DEFENDANT HEX ENTERTAINMENT LLC'S CORPORATE DISCLOSURE STATMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, Defendant Hex Entertainment LLC herein submits its Corporate Disclosure Statement.

Hex Entertainment LLC is a California limited liability company (a private non-governmental party) and certifies that there is no parent corporation or publicly-held corporation that owns more than 10% of its stock. The members of Hex Entertainment, LLC are as follows: Little Orbit, LLC, Mr. Scott Gaeta, Mr. Cory Jones, Mr. John Nee, Mr. John Sepenuk, and Dr. Minch Fong.

DEFENDANT HEX ENTERTAINMENT LLC
CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1

DATED this 15th day of July 2014        DORSEY & WHITNEY LLP

*By: s/ Paul T. Meiklejohn*
Paul T. Meiklejohn
meiklejohn.paul@dorsey.com
Lukas Dudkowski
Dudkowski.lukas@dorsey.com
Dorsey & Whitney LLP
701 Fifth Avenue, Suite 6100
Seattle, WA 98104
Phone: (206) 903 8800
Fax: (206) 903 8820

ATTORNEYS FOR DEFENDANTS
CRYPTOZOIC ENTERTAINMENT, LLC
AND HEX ENTERTAINMENT, LLC

DEFENDANT HEX ENTERTAINMENT LLC
CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this day, July 15th, 2014, a true and correct copy of the foregoing Rule 7.1 Disclosure on behalf of Defendant Hex Entertainment, LLC was electronically filed with the Clerk of the Court by using the CM/ECF system, which will serve a Notice of Filing on all counsel of record.

*By: s/ Paul T. Meiklejohn*

DEFENDANT HEX ENTERTAINMENT LLC
CORPORATE DISCLOSURE STATEMENT
2:14-CV-00719-JLR

**DORSEY & WHITNEY LLP**
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

3