THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CRYPTOZOIC ENTERTAINMENT, LLC, and HEX ENTERTAINMENT, LLC,<br><br>    Defendants. | Civil Action No. 2:14-cv-00719-JLR.<br><br>PRAECIPE TO AMENDED COMPLAINT FOR COPYRIGHT, PATENT, AND TRADE DRESS INFRINGEMENT (ECF No. 13) |

To the Court and all counsel of Record:

The Amended Complaint for Copyright, Patent, and Trade Dress Infringement (ECF No. 13) contained improper drawings. Attached to this Praecipe as Appendix 1 is a corrected Amended Complaint containing the proper drawings. No other changes were made to this document.

PRAECIPE - 1
Civil Action No. 2:14-cv-00719-JLR
WZRD-6-0001 P06 PCP

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

DATED this 1st day of August, 2014.

        LOWE GRAHAM JONES<sup>PLLC</sup>

*[signature]*

Mark L. Lorbiecki, WSBA No. 16796
Lawrence D. Graham, WSBA No. 25402
LOWE GRAHAM JONES<sup>PLLC</sup>
701 Fifth Avenue, Suite 4800
Seattle, WA 98104
T: 206.381.3300
F: 206.381.3301
Lorbiecki@LoweGrahamJones.com
Graham@LoweGrahamJones.com
Attorneys for Wizards, LLC
*Attorneys for Plaintiff Eat Right Foods.*

PRAECIPE - 2
Civil Action No. 2:14-cv-00719-JLR
WZRD-6-0001 P06 PCP

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301

## CERTIFICATE OF SERVICE

I, Jean M. Larsen, hereby certify that I am an employee of Lowe Graham Jones PLLC and that on August 1, 2014 I electronically filed the **AMENDED COMPLAINT FOR COPYRIGHT, PATENT AND TRADE DRESS INFRINGEMENT** with this **CERTIFICATE OF SERVICE** with the Clerk of the Court using the CM/ECF system, which upon information and believe will send notification of such filing to the following attorneys of record:

Lukas Dudkowski
DORSEY & WHITNEY
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
dudkowski.lukas@dorsey.com
*Attorney for Defendants Cryptozoic Entertainment LLC
and Hex Entertainment, LLC*

Paul T. Meiklejohn
DORSEY & WHITNEY
701 Fifth Avenue, Suite 6100
Seattle, WA 98104-7043
meiklejohn.paul@dorsey.com
*Attorney for Defendants Cryptozoic Entertainment LLC
and Hex Entertainment, LLC*

s/ Jean M. Larsen
Jean M. Larsen, Paralegal

PRAECIPE - 3
Civil Action No. 2:14-cv-00719-JLR
WZRD-6-0001 P06 PCP

LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
206.381.3300 • F: 206.381.3301