**EXHIBIT A**

# Mark Lorbiecki

| | |
|---|---|
| **From:** | Mark Lorbiecki |
| **Sent:** | Tuesday, October 28, 2014 11:20 AM |
| **To:** | Meiklejohn.Paul@dorsey.com |
| **Cc:** | Larry Graham (graham@lowegrahamjones.com); Jean M. Larsen |
| **Subject:** | RE: Your Proposal |

Apparently, I struck a period where a comma was intended. Let me set it straight: "So, until Friday, we have a sort of informal stand-down conditioned on receipt of an offer **then, if it is the seed of a resolution,** my client has then authorized me to agree to a one-month stand down." I think that the meaning was probably clear even if the dreaded autocorrect had healed the one sentence into two oddly-phrased sentences. In short, the month would be conditioned on having an agreement in hand but we can wait until Friday for that agreement. Because we both agreed that the stand down had to be in place before we negotiated the agreement, we will do nothing until Friday.

Mark

**From:** Mark Lorbiecki
**Sent:** Tuesday, October 28, 2014 10:36 AM
**To:** Meiklejohn.Paul@dorsey.com
**Cc:** Larry Graham (graham@lowegrahamjones.com); Jean M. Larsen
**Subject:** Your Proposal

Paul,

My client is interested in listening to your client's offer, but because, to date, we have been long promised an offer, but have never seen one, the client would like to see at least the promised outline on Friday, as we discussed, and then would agree to the stand-down if the offer appears to be, at least, a start toward resolution. So, until Friday, we have a sort of informal stand-down conditioned on receipt of an offer then. If it is the seed of a resolution, my client has then authorized me to agree to a one-month stand down. I would imagine this is entirely consistent with the objectives we discussed over the phone with the sole change that it is conditioned upon actual receipt of the offer.

Please let me know if you would be willing to move forward with this as a working plan at this point.

My sincere thanks,

Mark L. Lorbiecki
LOWE GRAHAM JONES PLLC
701 Fifth Avenue, Suite 4800 - Seattle, Washington 98104

206.381.3300  Fax: 206.381.3301
DD: 206.903.1800  Cell: 206.290.7528   Google: 425.780.7528
Lorbiecki@LoweGrahamJones.com

**Mark Lawrence Lorbiecki**
Lowe Graham Jones PLLC
Patent Attorney
(206) 903-1800 Work
(206) 290-7528 Mobile
Home
Other
Pager
lorbiecki@lowegrahamjones.com
mark.lorbiecki@gmail.com

Information in this private email message may be privileged, confidential and protected from disclosure. If you are not the intended recipient, any use, dissemination, distribution or copying is strictly prohibited. In case of erroneous delivery, please email the sender at lorbiecki@lowegrahamjones.com. Thank you in advance for your courtesy and cooperation.