THE HONORABLE JAMES L. ROBART

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WIZARDS OF THE COAST LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CRYPTOZOIC ENTERTAINMENT, LLC, and HEX ENTERTAINMENT, LLC,<br><br>Defendants. | CIVIL ACTION No. 2:14-cv-00719-JLR<br><br>**STIPULATED MOTION FOR EXTENSION OF TIME**<br><br>NOTE ON MOTION CALENDAR: MAY 27, 2015 |

Pursuant to Local Civil Rule 7(d)(1), the parties hereby stipulate to a four business day extension of time – from May 27 to June 2, 2015 – to file their Joint Claim Chart and Prehearing Statement.

The parties have worked together to resolve issues so that the claim construction process will be efficient as possible. One issue remains unresolved. The parties believe that resolving that issue before the Joint Claim Chart and Prehearing Statement is filed will simplify the *Markman* process. Counsel for one party is unavailable May 28 and 29. The parties have agreed to meet and confer on June 1 and will file the Joint Claim Chart and Prehearing Statement by June 2.

STIPULATED MOTION
FOR EXTENSION OF TIME - 1
2:14-cv-00719-JLR

DORSEY & WHITNEY LLP
COLUMBIA CENTER
701 FIFTH AVENUE, SUITE 6100
SEATTLE, WA 98104-7043
PHONE: (206) 903-8800
FAX: (206) 903-8820

1   The granting of this motion will not affect any other date ordered by the Court.

2   We respectfully ask the Court to grant this stipulated motion.

3

4   IT IS SO ORDERED, this 28th day of May, 2015.

5

6                                          _____

7                                         JAMES L. ROBART
                                          United States District Judge
8

9

10

11  DATED this 27th day of May, 2015.

12

13
     *s/ Mark L. Lorbiecki*                    *s/ Paul T. Meiklejohn*
14  Mark L. Lorbiecki, WSBA No. 16796       Paul T. Meiklejohn, WSBA No. 17477
    Lawrence D. Graham, WSBA No. 25402
15

16  LOWE GRAHAM JONES PLLC                  DORSEY & WHITNEY LLP
    701 Fifth Avenue, Suite 4800            701 Fifth Avenue, Suite 6100
17  Seattle, WA 98104                       Seattle, WA 98104-7043
    T: 206.381.3300                         T: (206) 903-8746
18  F: 206.381.3301                         F: (206) 299-3594
19  Lorbiecki@LoweGrahamJones.com           Meiklejohn.paul@dorsey.com
    Graham@LoweGrahamJones.com
20                                          *Attorney for Defendants Cryptozoic
21  *Attorneys for Plaintiff Wizards of the Coast*   *Entertainment LLC and Hex Entertainment,*
    *LLC*                                   *LLC*
22

23

24

25

STIPULATED MOTION                                    **DORSEY & WHITNEY LLP**
FOR EXTENSION OF TIME - 2                            COLUMBIA CENTER
2:14-cv-00719-JLR                                    701 FIFTH AVENUE, SUITE 6100
                                                     SEATTLE, WA 98104-7043
                                                     PHONE: (206) 903-8800
                                                     FAX: (206) 903-8820