**APPENDIX 1**

Infringing Hex Card: "Spectral Lotus"



| Wizards' Playing Card | |
|---|---|
| "Black Lotus"<br><br> | Registered with the Copyright Office under Registration VA00005965507; dated 12/13/93 |

Infringing Hex Card: "Epiphany"



Wizards' Playing Card
"Inspiration"



Infringing Hex Card: "Murder"



| Wizards' Playing Card | |
|---|---|
| "Murder" <br><br>  | Registered with the Copyright Office under Registration VA0001868160; dated 8/15/12 |

Infringing Hex Card: "Lunge"



Wizards' Playing Card
"Skillful Lunge"



Infringing Hex Card: "Atrophy"



| Wizards' Playing Card | |
|---|---|
| "Instill Infection" | |
|  | Registered with the Copyright Office under Registration VA0001748446; dated 10/26/10 |

Infringing Hex Card: "Burn"



| Wizards' Playing Card | |
|---|---|
| "Shock" | |
|  | Registered with the Copyright Office under Registrations:<br><br>- VA0001099267; dated 5/3/01<br>- VA0001360182; dated 5/24/06<br>- VA0001793201; dated 7/25/11<br>- VA0001246054; dated 4/19/04<br>- VA0001212928; dated 9/24/03<br>- VA0001622983; dated 8/17/07<br>- VA0000937939; dated 7/20/98 |

Infringing Hex Card: "Windbourne Acolyte"



| Wizards' Playing Card | |
|---|---|
| "Zephyr Sprite" | |
|  | Registered with the Copyright Office under Registration VA0001695354; dated 9/4/09 |

Infringing Hex Card: "Darkspire Enforcer"



| Wizards' Playing Card | |
|---|---|
| "Barony Vampire" | |
|  | Registered with the Copyright Office under Registration VA0001735877; dated 8/18/10 |

Infringing Hex Card: "Air Superiority"



| Wizards' Playing Card | |
|---|---|
| "Favorable Winds" | |
|  | Registered with the Copyright Office under Registration VA0001830391; dated 6/22/12 |

Infringing Hex Card: "Gigantisaur"



Wizards' Playing Card

"Enormous Baloth"



Registered with the Copyright Office under Registrations:

- VA0001246053; dated 4/19/04
- VA0001212928; dated 9/24/03
- VA0001360182; dated 5/24/06
- VA0001622983; dated 8/17/07
- VA0001695354; dated 9/4/09

Infringing Hex Card: "Phoenix Guard Messenger"



| Wizards' Playing Card | |
|---|---|
| "Surveilling Sprite" | |
|  | Registered with the Copyright Office under Registration VA0001330944; dated 11/29/05 |

Infringing Hex Card: "Droo's Colossal Walker"



| Wizards' Playing Card | |
|---|---|
| "Phyrexian Colossus" | |
|  | Registered with the Copyright Office under Registrations:<br><br>- VA0000939176; dated 11/12/98<br>- VA0001099267; dated 5/3/01<br>- VA0001212928; dated 9/24/03<br>- VA0001786269; dated 6/23/11 |

Infringing Hex Card: "Angel of Dawn"



| Wizards' Playing Card ||
|---|---|
| "Serra Angel" ||
|  | Registered with the Copyright Office under Registrations:<br><br>- VA0000596507; dated 12/13/93<br>- VA0000750636; dated 3/29/96<br>- VA0001212928; dated 9/24/03<br>- VA0001622983; dated 8/17/07<br>- VA0001735877; dated 8/18/10<br>- VA0001868160; dated 8/15/12<br>- VA0000711530; dated 1/23/95<br>- VA0001099267; dated 5/3/01<br>- VA0001360182; dated 5/24/06<br>- VA0001695354; dated 9/4/09<br>- VA0001793201; dated 7/25/11<br>- VA0000875745; dated 8/13/97<br>- VA0001687486; dated 9/10/09 |

Infringing Hex Card: "Zombie"



| Wizards' Playing Card | |
|---|---|
| "Walking Corpse"  | Registered with the Copyright Office under Registrations:<br><br>- VA0001868160; dated 8/15/12<br>- VA0001860999; dated 10/25/11 |

Infringing Hex Card: "Chlorophyllia"



| Wizards' Playing Card | |
|---|---|
| "Nature's Lore" | |
|  | Registered with the Copyright Office under Registrations:<br><br>- VA0000875745; dated 8/13/97<br>- VA0000683010; dated 6/19/95<br>- VA0000882529; dated 11/12/97<br>- VA0000969055; dated 9/02/98 |